Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Patricia Sloan*

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Sloan,<br><br>             Plaintiff,<br><br>      v.<br><br>Life Insurance Company of North America; Trustee of the Group Insurance Trust for Employers in the Services Industry; Trustee of the Group Insurance Trust for Employers in the Services Industry Disability Plan; Taipei American School; Taipei American School Foundation; Taipei American School Foundation Disability Plan,<br><br>             Defendants. | Case No.  2:17-cv-02754-DJH<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF ONLY THE NAMED TRUSTEE AND TAIPEI AMERICAN SCHOOL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41(a)(1), Plaintiff voluntarily dismisses, without prejudice, only the named Defendants, Trustee of the Group Insurance Trust for Employers in the Services Industry, Trustee of the Group Insurance Trust for Employers in the Services Industry Disability Plan, Taipei American School, Taipei American School Foundation and the Taipei American School Foundation Disability Plan, in the above referenced matter.

-1-

Plaintiff advises the Court that the Complaint in this matter was filed on August 15, 2017. Neither the Trustee nor the Taipei American School Defendants have Answered or otherwise responded to the Complaint.

RESPECTFULLY REQUESTED this 13th day of September, 2017.

>  */s/ Scott E. Davis, Esq.*
> Scott E. Davis, Esq.
> Attorney for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on September 13, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina Holmstrom, Esq.
Lewis Roca Rothgerber Christie, LLP
201 E. Washington Street
Suite 1200
Phoenix, AZ 85004-2595

By: */s/ Lisa L. Martinez*
An employee of Scott E. Davis, P.C.

-2-