Scott E. Davis
State Bar No. 016160
SCOTT E. DAVIS, P.C.
8360 E. Raintree Drive, Suite 140
Scottsdale, AZ 85260

Telephone:  (602) 482-4300
Facsimile:   (602) 569-9720
email: davis@scottdavispc.com

*Attorney for Plaintiff Patricia Sloan*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Patricia Sloan,<br><br>            Plaintiff,<br><br>     v.<br><br>Life Insurance Company of North America,<br><br>            Defendant. | Case No.  2:17-cv-02754-DJH<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff hereby gives notice that this case has settled.  The parties are working on finalizing the settlement documentation at this time.  The parties will, as soon as possible, file with the Court a Stipulation and Order to dismiss this case with prejudice.

RESPECTFULLY SUBMITTED this 28th day of November, 2017.


By:   */s/ Scott E. Davis*
           Scott E. Davis
           Attorney for Plaintiff

-1-

## CERTIFICATE OF SERVICE

I hereby certify that on November 28, 2017 I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

Kristina Holmstrom, Esq.
Ogletree, Deakins, Nash, Smoak & Stewart, PC
Esplanade Center III
2415 E. Camelback Road
Suite 800
Phoenix, AZ 85016

By: ___*Lisa L. Martinez*___
An employee of Scott E. Davis, P.C.