IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| Patricia Sloan, | No. CV-17-02754-PHX-DJH |
|---|---|
| Plaintiff, | **ORDER** |
| v. | |
| Life Insurance Company of North America, et al., | |
| Defendants. | |

This matter is before the Court on the Notice of Settlement (Doc. 21), filed on November 28, 2017. Accordingly,

IT IS ORDERED that a Stipulation to Dismiss shall be filed on or before January 29, 2018. If a Stipulation to Dismiss has not been filed by January 29, 2018, the parties shall file a Status Report to the Court on that date.

IT IS FURTHER ORDERED that the Rule 16 Scheduling Conference set for December 1, 2017 is VACATED.

Dated this 28th day of November, 2017.

Honorable Diane J. Humetewa
United States District Judge